**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY FRANKLIN HAYDEN; DIANNE MARIE HAYDEN, INDIVIDUALLY AND AS PERSONAL REPRSENTATIVE OF THE ESTATE OF TYLER GARRETT HAYDEN; JANET CAROL HARRIS; PETER LESSER HARRIS, INDIVIDUALLY AND PERSONAL REPRESENTATIVE OF THE ESTATE OF MICHAEL JOSEPH HARRIS, and KELLY MARGARET WELLS, <br><br> Plaintiffs, <br><br> v. <br><br> BOSTON WHALER, INC. a.k.a. BOSTON WHALER a.k.a. BOSTON WHALER BOATS; BRUNSWICK CORPORATION; BRUNSWICK BOATS, INC.; BRUNSWICK BOAT GROUP; AND DOES 1 TO 100, INCLUSIVE AND EACH OF THEM, <br><br> Defendants. | CASE NO. 2:19-cv-00718-JLS-DFM <br><br> Assigned to Hon. Josephine L. Staton <br><br> **ORDER GRANTING VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)** <br><br> *Filed Concurrently with Stipulation of Voluntary Dismissal Pursuant to FRCP 41(a)(1)(A)(ii)* <br><br> COMPLAINT FILED: August 31, 2017 [*Originally filed in Los Angeles County Superior Court; Case No.: BC674552*] <br><br> TRIAL DATE: NONE |

The Court, having considered the parties' Stipulation of Voluntary Dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby orders that this action is dismissed with prejudice in its entirety, with both parties

agreeing to bear their own attorney's fees and costs, and with both parties agreeing to waive their respective right to assert any claim against the other party arising out of, and/or asserted in, this action.

IT IS SO ORDERED:

DATE: May 2, 2019

JOSEPHINE L. STATON
———————————————
HONORABLE JOSEPHINE L. STATON
United States District Court
Central District of California